No. — — ——.   HACKER *v.* UNITED STATES;

No. — — ——.   HENRY *v.* MINNESOTA PUBLIC UTILITIES COMMISSION; and

No. — — ——.   STEVENS ET AL. *v.* BOARD OF TRUSTEES OF THE INTERNAL IMPROVEMENT TRUST FUND OF THE STATE OF FLORIDA.   Motions to direct the Clerk to file the petitions for writs of certiorari out of time denied.

No. A–597 (86–6367).   IN RE GRAY.   Super. Ct. D. C.   Application for stay, addressed to JUSTICE SCALIA and referred to the Court, denied.

No. D–568.   IN RE DISBARMENT OF MOUNTAIN.   Disbarment entered.   [For earlier order herein, see 478 U. S. 1037.]

No. D–594.   IN RE DISBARMENT OF CERAME.   Disbarment entered.   [For earlier order herein, see 479 U. S. 1003.]

No. D–608.   IN RE DISBARMENT OF SHARE.   It is ordered that Benjamin D. Share, of Harrisburg, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–609.   IN RE DISBARMENT OF CONNOLLY.   It is ordered that Daniel Joseph Connolly, of Concord, N. H., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–610.   IN RE DISBARMENT OF LOPEZ.   It is ordered that Vincent Cabrera Lopez, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–611.   IN RE DISBARMENT OF BRICKLE.   It is ordered that Thomas C. Brickle, of Fond du Lac, Wis., be suspended from the practice of law in this Court and that a rule issue, returnable

*For the Court's orders prescribing amendments to the Federal Rules of Civil Procedure and the Supplemental Rules for Certain Admiralty and Maritime Claims, see *post,* p. 955; and amendments to the Federal Rules of Evidence, see *post,* p. 1025.

within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 65, Orig.   TEXAS *v.* NEW MEXICO.   Motion of city of Alamogordo, N. M., et al. for leave to participate in oral argument as *amici curiae,* for divided argument, and for additional time for oral argument denied.   [For earlier order herein, see, *e. g.,* 479 U. S. 1078.]

No. 106, Orig.   ILLINOIS *v.* KENTUCKY.   It is ordered that the Honorable Robert Van Pelt, Senior Judge of the United States District Court for the District of Nebraska, be appointed Special Master in this case with authority to fix the time and conditions for the filing of additional pleadings and to direct subsequent proceedings, and with authority to summon witnesses, issue subpoenas, and take such evidence as may be introduced and such as he may deem necessary to call for.   The Master is directed to submit such reports as he may deem appropriate.

The Master shall be allowed his actual expenses.   The allowances to him, the compensation paid to his technical, stenographic, and clerical assistants, the cost of printing his report, and all other proper expenses shall be charged against and be borne by the parties in such proportion as the Court may hereafter direct.

It is further ordered that if the position of Special Master in this case becomes vacant during a recess of the Court, THE CHIEF JUSTICE shall have authority to make a new designation which shall have the same effect as if originally made by the Court. [For earlier order herein, see 479 U. S. 879.]

No. 84–1602.   ANDERSON ET AL. *v.* LIBERTY LOBBY, INC., ET AL., 477 U. S. 242.   Motion of respondents to retax costs denied.   JUSTICE SCALIA took no part in the consideration or decision of this motion.

No. 86–44.   SHEARSON/AMERICAN EXPRESS INC. ET AL. *v.* MCMAHON ET AL.   C. A. 2d Cir.   [Certiorari granted, 479 U. S. 812.]   Motion of Stephen Null for leave to file a brief as *amicus curiae* out of time denied.

No. 86–246.   SUMNER, DIRECTOR, NEVADA DEPARTMENT OF PRISONS, ET AL. *v.* SHUMAN.   C. A. 9th Cir.   [Certiorari granted, 479 U. S. 948.]   Motions of Center for Constitutional Rights et al. and Johnny Harris et al. for leave to file briefs as *amici curiae* granted.